# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2022-1462
LT Case No. 2018-CF-0899

_____

VINCENT TERRY,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.850 Appeal from the Circuit Court for Marion County.
Lisa D. Herndon, Judge.

Vincent Terry, Crawfordville, pro se.

Ashley Moody, Attorney General, Tallahassee, and Douglas T. Squire, Assistant Attorney General, Daytona Beach, for Appellee.

June 28, 2024

PER CURIAM.

    We affirm the trial court's order in all respects except for its summary denial of Appellant's claim that his counsel was ineffective when he opened the door to firearms evidence that was the subject of an order in limine, which claim he brings to this Court as Issue Three, and which claim the trial court addressed as Ground One. We vacate and remand the trial court's summary denial of that claim for attachment of a copy of that portion of the

files and records in the case that conclusively shows Appellant is not entitled to relief as to the claim, *see* Fla. R. Crim. P. 3.850(f)(4), or, if there are no such files and records, for further proceedings consistent with this opinion.

AFFIRMED IN PART; VACATED IN PART; REMANDED WITH INSTRUCTIONS

EISNAUGLE, BOATWRIGHT, and PRATT, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____